■ TERESA E. MYERS, Respondent, v BRADLEY J. MYERS, Appellant. (Appeal No. 2.) [987 NYS2d 289]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered November 20, 2012. The order directed defendant to pay certain attorney's fees of plaintiff.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Myers v Myers* (118 AD3d 1315 [June 13, 2014]). Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.